UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 1 2 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Clarence Otworth, )
)
    Plaintiff, )
) Civil Action No. 17-2290 (UNA)
)
Donald Trump, )
)
    Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP). Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Twin Lake, Michigan. He purports to sue President Donald Trump for negligence, alleging that Mr. Trump has failed "to preserve, protect and defend the Constitution of the United States." Compl. ¶ 80. As a result, plaintiff contends that he has "suffered the loss of his constitutional rights under the 5th and 10th Amendments, and the loss of thousands of dollars." *Id*. Plaintiff seeks $350,000 in damages. The few paragraphs (of the 80-paragraph complaint) pertaining to Mr. Trump are mostly general grievances about his performance as the President. *See* Compl. ¶¶ 74-79. Plaintiff also faults Mr. Trump for ignoring his "several letters" and for failing "to pick up the telephone and call [Attorney General] Jeff Sessions," Michigan's Attorney General, and the prosecutor for Muskegon County, Michigan, "and simply demand that they be lawful and do their job[.]" *Id*. ¶ 75.

A complaint that lacks "an arguable basis either in law or in fact" may be dismissed as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The instant complaint satisfies this standard and thus will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: December 12, 2017

United States District Judge